**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVERARDO ALVAREZ RIOS,<br><br>Plaintiff,<br><br>v.<br><br>O REILLY AUTO ENTERPRISES, LLC, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-03063-MWC-SSC<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. [18])** |

Upon review of the Joint Stipulation of Dismissal with Prejudice ("Stipulation"), Dkt. # 18, brought under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation is **GRANTED**. The Stipulation is signed by all parties who have appeared in this action. Accordingly, the above-entitled matter and all claims herein are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: August 19, 2026

Honorable Michelle Wiliams Court
United States District Judge